

## NUMBER 13-19-00106-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ANDY REYES,                                                          Appellant,

v.

HOCHHEIM PRAIRIE FARM MUTUAL
INSURANCE ASSOCIATION,                                              Appellee.

### On appeal from the 135th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Chief Justice Contreras**

Appellant Andy Reyes perfected an appeal from a summary judgment entered by

the 135th District Court of Victoria County, Texas, in cause number18-07-82930-B.

Appellant has now filed an unopposed motion to dismiss this appeal with prejudice.

According to this motion, the parties have reached an agreement to settle and

compromise their differences and appellant no longer wishes to pursue his appeal. Appellant asserts that he will pay all costs concerning "his portion" of the appeal.

The Court, having considered the documents on file and the unopposed motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the appellant's request, no motion for rehearing from appellant will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
25th day of July, 2019.